AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
KELLEY MUNOZ (Bar No. 211583)
(E-Mail: kelley_munoz@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
BRENDA LEE BROWN ARMSTRONG

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
NANDOOR F.R. KISS (Cal. Bar No. 299954)
Assistant United States Attorney
(E-Mail:  Nandor.kiss@usdoj.gov)
Telephone:  (714) 338-3559

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BRENDA LEE BROWN ARMSTRONG, Defendant. | Case No. 2:26-CR-284-MCS **JOINT DISCOVERY AND STATUS REPORT** |

Pursuant to this Honorable Court's "Initial Standing Order For Criminal Cases," defendant Brenda Brown Armstrong, by and through her counsel of record, Deputy Federal Public Defender Kelley Munoz, and plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Nandor F.R. Kiss, hereby submit this joint report.

The government has provided discovery which it represents satisfies its obligations under Rule 16 of the Federal Rules of Criminal Procedure and <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny, as subject to the Supreme Court's holding in <u>United States v. Ruiz,</u> 536 U.S. 622 (2002).

There are not currently any disputes regarding discovery.  There are not currently any anticipated motions.

///

2

Post Indictment Arraignment was held on May 18, 2026.  Trial in this matter is set for July 14, 2026, with a status conference set for July 6, 2026.  The government's trial estimate is two days.  A plea agreement was filed by the government on May 7, 2026.  A change of plea is scheduled for June 8, 2025, at 3:00 p.m.  The parties do not presently anticipate this matter proceeding to trial.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED:  June 1 , 2026          By  /s/ Kelley Munoz
                              KELLEY MUNOZ
                              Deputy Federal Public Defender


TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

DATED:  June 1,  2026          By  /s/ Nandor F.R. Kiss
                              NANDOR F,R. KISS
                              Assistant United States Attorney


* *Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3